**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Aeisha Baker <br> <u>Debtor(s)</u> | CHAPTER 13 <br><br> BKY. NO. 18-11534 amc |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of Midland Mortgage as servicer for MIDFIRST BANK and index same on the master mailing list.

Respectfully submitted,

**/s/Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734