IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE
:
**Aeisha Baker**                                            :       BK NO.
:
Debtor                                                      :       **18-11534-AMC**

**O R D E R**

AND NOW, this 23rd day of March, **2018**, consideration of Debtor's Motion, it is hereby,

ORDERED and DECREED, that Debtor be allowed an extension of time until **Tuesday, April 3, 2018** to file Statement of Affairs, Schedules of Assets and Liabilities, Statement of Current Monthly Income, Statistical Summary of Certain Liabilities, and Plan.

_____
Ashely M. Chan
United States Bankruptcy Judge

**CC:**
**COUNSEL:** Michael D. Ward, Esquire
1800 JFK Blvd.
Suite 300
Philadelphia, PA  19103

**TRUSTEE:** William Miller, Esquire
Standing Chapter 13 Trustee
P.O. Box 40119
Philadelphia, PA 19106-0119

**DEBTOR(S):** **Aeisha Baker**
3317 Argyle Street
Philadelphia, PA 19134-1903