United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-11534-amc
Aeisha Baker                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: ChrissyW          Page 1 of 1              Date Rcvd: Mar 23, 2018
                             Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 25, 2018.
db              Aeisha Baker,   3317 Argyle Street,   Philadelphia, PA  19134-1903

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 23, 2018 at the address(es) listed below:
        MICHAEL D. WARD   on behalf of Debtor Aeisha  Baker mdwecf@gmail.com,  G7290@notify.cincompass.com
        REBECCA ANN SOLARZ   on behalf of Creditor   MIDFIRST BANK bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                        TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE
                                              :
**Aeisha Baker**                              :       BK NO.
                                              :
Debtor                                        :       **18-11534-AMC**

**O R D E R**

AND NOW, this 23rd day of March , **2018,**

consideration of Debtor's Motion, it is hereby,

ORDERED and DECREED, that Debtor be allowed an extension of time

until **Tuesday, April 3, 2018** to file Statement of Affairs,

Schedules of Assets and Liabilities, Statement of Current Monthly

Income, Statistical Summary of Certain Liabilities, and Plan.

_____
Ashely M. Chan
United States Bankruptcy Judge

**CC:**
**COUNSEL:**  Michael D. Ward, Esquire
              1800 JFK Blvd.
              Suite 300
              Philadelphia, PA  19103

**TRUSTEE:**   William Miller, Esquire
              Standing Chapter 13 Trustee
              P.O. Box 40119
              Philadelphia, PA 19106-0119


**DEBTOR(S):**   **Aeisha Baker**
              3317 Argyle Street
              Philadelphia, PA 19134-1903