N THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | |
| **Aeisha Baker** | : | BK NO. |
| | : | 18-11534-AMC |
| DEBTOR | : | |

### CERTIFICATION OF SERVICE

I, Michael D. Ward, , do hereby certify that true and correct copies of the **Debtor's First Amended Chapter 13 Plan** was served this date by United States Mail, First Class, postage prepaid or ECF e-mail.

**The Debtor, the Chapter 13 Trustee and the U.S. Trustee and the parties on the attached list**

/S/Michael D. Ward
_____
Michael D. Ward

DATED:    **November 11, 2018**

U.S. Department of Housing and Urban
Development
451 7th Stree t S.W.
Washington, DC 204 10

Anabel Casas, Bankruptcy Specialist
Company Novad Management Consulting, LLC
Address 2401 N.W. 23rd Street
Suite 1A1
Oklahoma City, OK 73107

MidFirst Bank
999 NW Gran d Blvd
Oklahoma City, OK 7 3118

City of Philadelphia
Law Department Ta x Unit
Bankruptcy Group, MSB
1401 John F. Kennedy B lvd., 5th Floor
Philadelphia, PA 19102-1595

REBECCA ANN SOLARZ
KML Law Group, P.C.
710 Market Street
Suite 5000
Philadelphia, PA 19106