```
            IN THE UNITED STATES BANKRUPTCY COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

IN RE
                                        :
**Aeisha Baker**                        :        BK NO.
   **Debtor**                           :        **18-11534-AMC**


# CERTIFICATION OF NON-RESPONSE
## TO NOTICE OF APPLICATION FOR APPROVAL OF LEGAL FEE

The undersigned, Michael D. Ward, Esquire does hereby aver and certify that he did serve copies of the Notice of Application for Approval of Legal Fee,   as approved by the Clerk of the U.S. Bankruptcy Court for the Eastern District of Pennsylvania, upon all interested parties, as listed on the attached Exhibit "A", which lists includes all the parties listed on the master mailing list (typing matrix) by depositing same with the United States Postal Service, at Philadelphia, PA as regular first class mail, postage pre-paid or by ECF e-mail on the following date:   **November 17, 2018**

     More than twenty (20) days have elapsed from the date of mailing of said Notice of Application for Approval of Legal Fee, and having received no response thereto, and more than twenty (20) days having elapsed since the mailing of the Notice of Application for Approval of Legal Fee, and having received no response thereto, the undersigned as Attorney for the Debtor(s) does hereby ask that the fee in this case be Approved

                                                  Respectfully submitted,


Dated**: December 9, 2018**                         /s/ Michael D Ward, Esq

                                                    Michael D. Ward
                                                    Attorney for the Debtor(s)

```
         IN THE UNITED STATES BANKRUPTCY COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

IN RE
:
**Aeisha Baker**                                             :    BK NO.
    **Debtor**                                          :    **18-11534-AMC**

### Exhibit "A"

The Notice of Application for Attorney's Fees upon the Debtor, the US and Chapter 13 Trustee's, All creditors and all parties in interest.