IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                                          :
**Aeisha Baker**                               :    BK NO.
   Debtor                                      :    **18-11534-AMC**

## ORDER APPROVING LEGAL FEE

AND NOW, this 13th day of March, 2019, upon consideration of the within application filed by Michael D Ward, Esquire, the Court finds that the fee for representing the above-named Debtor(s), is reasonable in light of the services performed by Counsel, and it is therefore:

ORDERED as follows:

Debtor's counsel's fee of $3,000.00 and costs of $310.00, for a total of $3,310.00 is hereby approved; and

Payment of $2,310.00 to the undersigned counsel for the Debtor in the Debtor=s Chapter 13 Plan is hereby approved.

By the Court: _____

The Honorable Ashely M. Chan
United States Bankruptcy Judge