United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Aeisha Baker  
       Debtor

Case No. 18-11534-amc  
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: ChrissyW | Page 1 of 1 | Date Rcvd: Mar 14, 2019 |
|---|---|---|---|
| | Form ID: pdf900 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2019.  
db         Aeisha Baker,   3317 Argyle Street,   Philadelphia, PA  19134-1903

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.   TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2019                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2019 at the address(es) listed below:  
      MICHAEL D. WARD   on behalf of Debtor Aeisha  Baker mdwecf@gmail.com, G7290@notify.cincompass.com  
      REBECCA ANN SOLARZ   on behalf of Creditor   MIDFIRST BANK bkgroup@kmllawgroup.com  
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com  
      TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE

**Aeisha Baker**    :    BK NO.
  **Debtor**    :    **18-11534-AMC**

## ORDER APPROVING LEGAL FEE

AND NOW, this 13th day of March, 2019, upon consideration of the within application filed by Michael D Ward, Esquire, the Court finds that the fee for representing the above-named Debtor(s), is reasonable in light of the services performed by Counsel, and it is therefore:

ORDERED as follows:

Debtor's counsel's fee of $3,000.00 and costs of $310.00, for a total of $3,310.00 is hereby approved; and

Payment of $2,310.00 to the undersigned counsel for the Debtor in the Debtor=s Chapter 13 Plan is hereby approved.

By the Court:

The Honorable Ashely M. Chan
United States Bankruptcy Judge